IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| INT'L BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 697 PENSION FUND, | : | Civil Action 2:09-cv-1008 |
| Plaintiff | : | Judge Sargus |
| v. | : | Magistrate Judge Abel |
| LIMITED BRANDS, INC., *et al.*, | : | |
| Defendants. | | |

**ORDER**

This matter is before the Court pursuant to the Motion of the Plumbers and Pipefitters Locals 502 & 633 Pension Trust Fund for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel (Doc. 25). For good cause shown, the Motion (Doc. 25) is **GRANTED**. Plumbers and Pipefitters Locals 502 & 633 Pension Trust Fund is hereby appointed Lead Plaintiff for the class pursuant to Section 21D of the Securities Exchange Act of 1934. The law firm of Robbins Geller Rudman & Dowd LLP is hereby appointed Lead Counsel and the law firm of Murray Murphy Moul + Basil LLP is hereby appointed Liaison Counsel.

**IT IS SO ORDERED.**

4-5-2010
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**