AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS LOCAL
697 PENSION FUND, Individually and
on Behalf of All Others Similarly
Situated,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO. C2-09-1008**

**LIMITED BRANDS, INC., et al.,**      **JUDGE EDMUND A. SARGUS, JR.**

**MAGISTRATE JUDGE MARK R. ABEL**

        **Defendants.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

Pursuant to the Opinion and Order filed March 29, 2011, JUDGMENT is hereby entered in favor of the Defendants. This case is DISMISSED.

Date: March 29, 2011            JAMES BONINI, CLERK

                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                              Courtroom Deputy Clerk